**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIS ANNIS,<br><br>                    Plaintiff,<br><br>v.<br><br>MATTHEW JOHNSON, *et al.*,<br><br>                    Defendants. | Case No. 3:21-CV-0469-MMD-CLB<br><br>**ORDER TO FILE COMPLAINT** |

On November 3, 2021, Plaintiff Willis Annis ("Annis") filed an application to proceed *in forma pauperis.* (ECF No. 1). However, Annis did not file a complaint. Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the Court." Because Annis filed no complaint, no action has been commenced in this Court.

Accordingly, the Clerk of the Court shall **SEND** to Annis the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. Annis will have until **December 27, 2021** to file a complaint. If Annis does not timely comply with this order, dismissal of this action may result.

**IT IS SO ORDERED**.

**DATED**: November 23, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**