# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| WILLIS B. ANNIS, | Case No. 3:21-CV-00469-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT** |
| v. | |
| MATHEW JOHNSON, *et. al.*, | [ECF No. 9] |
| Defendants. | |

Plaintiff Willis B. Annis ("Annis") filed an application to proceed *in forma pauperis*, (ECF No. 1). However, he did not file a complaint as required pursuant to Fed. R. Civ. P. 3, to commence an action in this Court. On November 23, 2021, the Court issued an order advising Annis that he needed to file a complaint by December 27, 2021. The Court cautioned Annis that a failure to do so would result in this action being dismissed. (ECF No. 4.) On January 3, 2022, Annis filed a motion to extend time to file his complaint. (ECF No. 9.)

Accordingly, the Court **GRANTS** the motion to extend time (ECF No. 9). Annis will have until **February 18, 2022** to file a complaint. If Annis does not timely comply with this order, dismissal of this case will be recommended to the District Court.

**IT IS SO ORDERED.**

**DATED**: January 18, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**